# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv428

| | |
|---|---|
| TIMOTHY ERVIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE AND** |
| ) | **SUPPLEMENT TO** |
| JACK HENRY & ASSOCIATES, ) | **PRETRIAL ORDER** |
| INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** came before the Court by reassignment on September 27, 2007.

The parties are hereby notified that this matter is scheduled for trial during the **February 11, 2008 trial term**. The Court is aware that there is currently a motion for summary judgment pending, which has not been opposed. The fact that this matter has been scheduled for trial should not be construed as an indication of the Court's ruling on this pending motion for summary judgment. Rather, the Court provides this notice so that the parties may be adequately prepared for trial in the event that this case is not dismissed on summary judgment.

The Pretrial Order and Case Management Plan [Doc. 6] is hereby supplemented as follows:

> No later than **fourteen (14) days** prior to the Final Pretrial Conference, counsel for each party shall file any motions *in limine*. Responses to any such motions must be filed no later than **seven (7) days** prior to the Final Pretrial Conference.

This matter will be scheduled for a pretrial conference during the week of January 28, 2008. The Clerk will notify the parties of the specific date, time and place of such pretrial conference.

**IT IS SO ORDERED.**

Signed: November 28, 2007

Martin Reidinger
United States District Judge