# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv428

| | |
|---|---|
| TIMOTHY ERVIN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| JACK HENRY & ASSOCIATES, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and Judgment is hereby entered in favor of the Defendant Jack Henry & Associates, Inc. against the Plaintiff. This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: November 30, 2007

Martin Reidinger
United States District Judge